Same case below, 631 F.3d 110.

**No. 10-10283. Maurice White, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2947, 180 L. Ed. 2d 237, 2011 U.S. LEXIS 4157.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-10284. Boris Ayala, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2947, 180 L. Ed. 2d 237, 2011 U.S. LEXIS 4102.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-10288. Oscar Gonzalez, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2948, 180 L. Ed. 2d 237, 2011 U.S. LEXIS 4060.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 414 Fed. Appx. 189.

**No. 10-10289. Rodolfo Hernandez, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2948, 180 L. Ed. 2d 237, 2011 U.S. LEXIS 4077.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 411 Fed. Appx. 265.

**No. 10-10290. Steven M. Ferguson, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2948, 180 L. Ed. 2d 237, 2011 U.S. LEXIS 4038.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 412 Fed. Appx. 974.

**No. 10-10292. Tsaikuwn Aldago Hairston, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2948, 180 L. Ed. 2d 237, 2011 U.S. LEXIS 4167.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 668.

**No. 10-10299. Bruce Allen Hughes, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2948, 180 L. Ed. 2d 237, 2011 U.S. LEXIS 4052.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 410 Fed. Appx. 285.

**No. 10-10301. Misael Gonzalez-Gonzalez, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2948, 180 L. Ed. 2d 237, 2011 U.S. LEXIS 4158.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 409 Fed. Appx. 996.